UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TINA GREY OWL,<br><br>Defendant. | CR 19-30118<br><br>FACTUAL BASIS STATEMENT |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense(s) to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

Beginning on a date unknown, but no later than on or about April 2016 through on or about May 2018, in the District of South Dakota, the Defendant, Tina Grey Owl, did embezzle, steal, willfully misapply, willfully permit to be misapplied, and convert to her own use more than $1,000 of monies, funds, credits, goods, assets, and other property belonging to the Crow Creek Sioux Tribe, an Indian Tribal Organization, and did aid and abet others in committing the offense, all in violation of 18 U.S.C. §§ 2 and 1163. Among others, Defendant Tina Grey Owl aided and was aided by Roland Robert Hawk, Sr., Francine Maria Middletent, Jacquelyn Ernestine Pease, and Brandon Sazue.

Tina Grey Owl was an elected member of the Crow Creek Sioux Tribe's Council from May 2016 through April 2018. Prior to serving on the CCST Tribal Council, Grey Owl worked as a payroll clerk for the CCST.

Defendant's offense conduct involved her receipt of more than $95,000. The money received derived from the CCST's General Welfare Account. Defendant was not entitled to that money, and her receipt of that money was unlawful.

| | |
|---|---|
| | RONALD A. PARSONS, JR.<br>United States Attorney |
| 8/28/19<br>Date | _____<br>JEREMY R. JEHANGIRI<br>Assistant United States Attorney<br>P.O. Box 2638<br>Sioux Falls, SD 57101-2638<br>Telephone: (605)357-2353<br>Facsimile: (605)330-4410<br>E-Mail: jeremy.jehangiri@usdoj.gov |
| 8/28/19<br>Date | _____<br>TINA GREY OWL<br>Defendant |
| 8/28/19<br>Date | _____<br>JANA M. MINER<br>Attorney for Defendant |